MILES WASHINGTON, Bar No. 88288
LAW OFFICES OF MILES WASHINGTON
7677 Oakport Street, Suite 1120
Oakland, California 94621-1939
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

Attorney for Plaintiff: HERSHALL WALTHALL



**FILED**

JUN 2 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

JOHN M. JULIUS III, Bar No. 112640
LITTLER MENDELSON
A Professional Corporation
501 West Broadway, Suite 900
San Diego, CA 92101
Telephone: 619.232.0441

Attorneys for Defendant
LOWE'S HIW, INC., erroneously sued herein as
LOWE'S HOME IMPROVEMENT
WAREHOUSE, INC. dba LOWE'S

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERSHELL WALTHALL,<br><br>         Plaintiff,<br><br>     v.<br><br>LOWE'S HOME IMPROVEMENT<br>WAREHOUSE, INC. dba LOWE'S, and<br>DOES 1 - 25, inclusive,,<br><br>         Defendant. | Case No. 2:05-CV-1553 WBS GGH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE**<br><br>[F.R.C.P. 41]<br><br>Complaint Filed:   August 4, 2005<br>Trial Date:             Not Set |

Plaintiff Hershell Walthall and Defendant Lowe's HIW, Inc., by and through their attorneys of record, hereby stipulate and agree that the Complaint in this action shall be dismissed in its entirety, with prejudice. This disposes of all parties and all claims for relief.

**IT IS SO STIPULATED.**

Dated: May ___, 2006

/s/
MILES WASHINGTON
Attorney for Plaintiff
HERSHELL WALTHALL

Dated: May 23, 2006

/s/
JOHN M. JULIUS III
LITTLER MENDELSON, P.C.
Attorney for Defendant
LOWE'S HIW, INC.

**IT IS SO ORDERED.**

Dated: 6/28/2006

WILLIAM B. SHUBB
JUDGE OF THE DISTRICT COURT

Firmwide:81132653.1 028756.1427